Eufaula Home Insurance Company *vs.* Plant & Cubbedge.

THE EUFAULA HOME INSURANCE COMPANY, plaintiff in error, *vs.* PLANT & CUBBEDGE, defendants in error.

A defendant at common law, against whom a judgment was rendered, and also against his surety on bond given to dissolve a garnishment, entered an appeal, giving as his sole security the same person who signed as security on the bond to dissolve the garnishment, and against whom judgment had already been obtained. On motion, made at the trial term on the appeal, the Court dismissed the appeal, holding that no security had been given and none could then be given: *Held*, that the decision was right.

Motion to dismiss appeal. Decided by Judge COLE. Bibb Superior Court. May Term, 1867.

Plant & Cubbedge sued out attachment against said Company as a foreign corporation, and served Mr. Granniss, the Company's agent, with garnishment. The Company dissolved the garnishment by giving bond for the eventual condemnation money, with George R. Barker as security.

At November Term, 1866, a verdict for $2,000.00 was obtained against the Company, and thereupon judgment was entered up against it and its said security. The Company, during said term, gave an appeal bond in the usual form,

giving only said Barker as security thereon, and the case was entered on the appeal docket.

At the next term, Plant & Cubbedge moved to dismiss the appeal because no security was·given on the appeal bond. Thereupon the Company moved to· amend the bond by substituting other security in *lieu* of Barker.

The motion to amend was over-ruled and the appeal was dismissed. The plaintiff in error alleges that the Court should have allowed the amendment, and should not have dismissed the appeal.

W. POE, for plaintiff in error, cited Davis vs. Anderson, 1st Kelly Ga. R., 192; 15th Ga. R., 110; 18th Ga. R., 371; and 34th Ga. R., 268.

LANIER & ANDERSON, for defendants in error, cited Code of Georgia, §3468; Gordon, *et al.*, vs. Robertson, 26th Ga. R., 410; and contended that this case was not within the reason of the cases cited by Mr. Poe.

WALKER, J.

This case is fully within the principle decided by this Court in the case of Gordon vs. Robertson, 26 Ga. R., 410. There, as here, judgment had gone against all the parties who signed the appeal bond. Here was no attempt or offer to give any security. There was neither a compliance, nor an attempt to comply, with the requisitions of the statute, to give the plaintiff security for the eventual condemnation money. There is nothing like this case in any of the adjudicated cases, and they have gone quite far enough.

Judgment affirmed.